RITA SCHRICKER et al., Respondents, et al., Plaintiff, v. CITY OF NEW YORK, Appellant.—

744

Christ, P. J., Rabin, Munder, Latham and Benjamin, JJ., concur.